UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARIM P. NAJJAR, *et. al.*, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIAD SALAMEH, *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-05043-CPO-EAP |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO FILE PRE-MOTION LETTERS REQUESTING A PRE-MOTION CONFERENCE
IN ADVANCE OF THEIR MOTIONS TO DISMISS THE
<u>FIRST AMENDED CLASS ACTION COMPLAINT</u>**

Plaintiffs Karim P. Najjar, Halim Abou-Faycal, Younes Bazzi, Jacques Fontaine, Mounir Jermany, Ibrahim Khreibani, Bechara Rizk, Samar Shami, Joseph Tleiji, Salim Tleiji and Ramzi Zibaoui ("Plaintiffs"), individually and on behalf of a proposed class of similarly situated persons, and Defendants BDO USA, P.C., Deloitte LLP, Deloitte & Touche LLP, and Ernst & Young U.S. LLP (collectively, "US Defendants"), submit this joint stipulation, subject to the approval of the Court, by and through their undersigned counsel and pursuant to Civil Local Rule 6.1 and Sections II and VIII of Your Honor's Judicial Preferences, as follows:

1. WHEREAS, on April 17, 2024, Plaintiff Najjar filed a Class Action Complaint against the US Defendants and other defendants in the above-captioned action;

2. WHEREAS, on July 24, 2024, Plaintiffs filed a First Amended Class Action Complaint against the US Defendants and other defendants in the above-captioned action;

3.      WHEREAS, the US Defendants preserve and have not waived any applicable defenses, including those pursuant to Federal Rule of Civil Procedure 12(b), such as lack of jurisdiction;

4.      WHEREAS, counsel for Plaintiffs and counsel for the US Defendants have met and conferred and, subject to the Court's approval, agreed to extend the time within which the US Defendants may file letters requesting a pre-motion conference in advance of their motions to dismiss the First Amended Class Action Complaint;

5.      WHEREAS, no prior extension of time has been sought by the parties to this stipulation;

6.      THEREFORE, it is hereby stipulated and agreed that:

a) The deadline for the US Defendants to file letters requesting a pre-motion conference in advance of their motions to dismiss the First Amended Class Action Complaint is extended to and including **October 7, 2024**.

**SO ORDERED**.

_____
Hon. Christine P. O'Hearn, U.S.D.J.

Dated: _____

Dated: August 14, 2024                                      Respectfully Submitted,

By:  */s/ James E. Cecchi*                                  By:  */s/ David Kiefer*
James E. Cecchi                                             David Kiefer
**CARELLA, BYRNE, CECCHI,**                                 Gregory G. Ballard*
**BRODY & AGNELLO, P.C**                                    Fabiola Vega*
5 Becker Farm Road                                          *pro hac vice* to be sought
Roseland, New Jersey 07068                                  **MCDERMOTT WILL & EMERY LLP**
Telephone: (973) 994-1700                                   One Vanderbilt Avenue
jcecchi@carellabyrne.com                                    New York, NY 10017-3852
                                                            Telephone: (212) 547-5400
Charles J. LaDuca*                                          dkiefer@mwe.com
Daniel M. Cohen*                                            gballard@mwe.com
Monica Miller*                                              fvega@mwe.com
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave NW, Suite 200                            *Attorneys for Defendant BDO USA, P.C.*
Washington, DC 20016
Telephone: 202-789-3960                                     By:  */s/ William R. Maguire*
charles@cuneolaw.com                                        William R. Maguire*
daniel@cuneolaw.com                                         Carl W. Mills*
monica@cuneolaw.com                                         *pro hac vice* to be sought
                                                            **HUGHES HUBBARD & REED LLP**
Robert K. Shelquist*                                        One Battery Park Plaza
Rebecca A. Peterson*                                        New York, NY 10004
**LOCKRIDGE GRINDAL NAUEN PLLP**                            Telephone: (212) 837-600
100 Washington Avenue South,                                bill.maguire@hugheshubbard.com
Suite 2200                                                  carl.mills@hugheshubbard.com
Minneapolis, Minnesota 55401
Telephone: 612-339-6900                                     *Attorneys for Defendant Ernst & Young*
rkshelquist@locklaw.com                                     *U.S. LLP*
rapeterson@locklaw.com
                                                            By:  */s/ Michael Martinez*
John W. ("Don") Barrett*                                    Michael Martinez
Katherine Barrett Riley*                                    Michael J. Dell*
**BARRETT LAW GROUP, P.A.**                                 Tobias B. Jacoby*
P.O. Box 927                                                *pro hac vice* to be sought
404 Court Square North                                      **KRAMER LEVIN NAFTALIS &**
Lexington, Mississippi 39095                                **FRANKEL LLP**
Telephone: (662) 834-2488                                   1177 Avenue of the Americas
donbarrettpa@gmail.com                                      New York, NY 10036
kbriley@barrettlawgroup.com                                 Telephone: (212) 715-9100
                                                            mdell@kramerlevin.com
*Counsel for Plaintiffs and the Proposed*
*Classes*                                                   *Attorneys for Defendants Deloitte LLP and*
* *To be admitted pro hac vice*                             *Deloitte & Touche LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ David Kiefer