UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARIM P. NAJJAR, et al., individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIAD SALAMEH, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-05043-CPO-EAP<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Feder Rule of Civil Procedure 7.1(a), Defendant Ernst & Young U.S. LLP states, through undersigned counsel, that it has no parent corporation and is a privately-owned partnership with no publicly issued stock.

Dated: September 13, 2024

**HUGHES HUBBARD & REED LLP**

By: /s/ *Jennifer Suh*
Jennifer Suh
William R. Maguire (*pro hac vice* application forthcoming)
Carl W. Mills (*pro hac vice* application forthcoming)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Tel.: (212) 837-6000
Fax: (212) 299-6882
jennifer.suh@hugheshubbard.com
bill.maguire@hugheshubbard.com
carl.mills@hugheshubbard.com

*Attorneys for Defendant Ernst & Young U.S. LLP*

281766593_1