**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARIM P. NAJJAR, *et. al.*, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIAD SALAMEH, *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-05043-CPO-EAP<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant BDO USA, P.C. ("BDO USA") submits this Rule 7.1 Disclosure Statement. BDO USA hereby discloses, by and through its undersigned counsel, that it is a professional corporation that has no parent corporation, and that no publicly held company owns 10% or more of BDO USA's stock.

Dated: September 13, 2024

M<small>C</small>D<small>ERMOTT</small> W<small>ILL</small> & E<small>MERY</small> LLP

/s/ *David Kiefer*
David Kiefer
One Vanderbilt Avenue
New York, NY 10017-3852
Tel: (212) 547-5589
dkiefer@mwe.com

*Attorneys for Defendant*
*BDO USA, P.C.*