# Kramer Levin

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

September 25, 2024

By ECF

Hon. Christine P. O'Hearn
United States District Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, New Jersey 08101

Re:  *Najjar v. Salameh*, 1:24-cv-05043-CPO-EAP

Dear Judge O'Hearn:

      We represent defendants Deloitte LLP and Deloitte & Touche LLP in this action. We write on behalf of our clients, defendants BDO USA, P.C. and Ernst & Young U.S. LLP (together with our clients, the "U.S. Defendants"), and plaintiffs, to submit, pursuant to Section II of the Court's Judicial Preferences, the accompanying Stipulation for an extension of the time for the U.S. Defendants to file their motions to dismiss the First Amended Class Action Complaint, and for a briefing schedule to help ensure that the parties are able to properly address the numerous arguments that the U.S. Defendants intend to raise in their motions.

Respectfully submitted,

s/ Michael Martinez

Michael Martinez

cc:   Counsel of Record (by ECF)
      Michael J. Dell (*pro hac vice* application forthcoming)