UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KARIM P. NAJJAR, *et. al.*, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIAD SALAMEH, *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-05043-CPO-EAP |

**STIPULATION FOR AN EXTENSION OF TIME TO FILE,
AND A BRIEFING SCHEDULE FOR, MOTIONS TO DISMISS
THE FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiffs Karim P. Najjar, Halim Abou-Faycal, Younes Bazzi, Jacques Fontaine, Mounir Jermany, Ibrahim Khreibani, Bechara Rizk, Samar Shami, Joseph Tleiji, Salim Tleiji and Ramzi Zibaoui ("Plaintiffs"), individually and on behalf of a proposed class of similarly situated persons, and Defendants BDO USA, P.C., Deloitte LLP, Deloitte & Touche LLP, and Ernst & Young U.S. LLP (collectively, "U.S. Defendants"), submit this joint stipulation, by and through their undersigned counsel and pursuant to Section II of the Court's Judicial Preferences, as follows:

1. WHEREAS, on September 13, 2024, the U.S. Defendants filed pre-motion letters in advance of their motions to dismiss the First Amended Class Action Complaint ("FAC") (ECF Nos. 6, 9, 11) pursuant to a Stipulation So Ordered by the Court on August 15, 2024 (ECF No. 5);

2. WHEREAS, on September 19, 2024, the Court issued a Text Order (ECF No. 14), stating in part that the Court "does not believe that a pre-motion conference would be productive at this time" and that "the parties may proceed with filing their proposed motion if they choose to do so";

3. WHEREAS, counsel for Plaintiffs and counsel for the U.S. Defendants have conferred and agreed to: (i) an extension of the time within which the U.S. Defendants may file their motions to dismiss the FAC; and (ii) a briefing schedule for those motions;

4. WHEREAS, the U.S. Defendants preserve and have not waived any applicable defenses, including those pursuant to Federal Rule of Civil Procedure 12(b), such as for lack of jurisdiction;

5. THEREFORE, it is hereby stipulated and agreed that:

   a) The U.S. Defendants shall file their motions to dismiss the FAC on or before November 26, 2024.

   b) Plaintiffs shall file their oppositions to the motions on or before January 27, 2025.

   c) The U.S. Defendants shall file their replies in further support of their motions on or before February 25, 2025.

**SO ORDERED**.

_____
Christine P. O'Hearn, U.S.D.J.

Dated: _____

KL3 3716828.2

Dated: September 25, 2024

Respectfully Submitted,

By:     s/ James E. Cecchi
James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
jcecchi@carellabyrne.com

Charles J. LaDuca*
Daniel M. Cohen*
Monica Miller*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: 202-789-3960
charles@cuneolaw.com
daniel@cuneolaw.com
monica@cuneolaw.com

Robert K. Shelquist*
Rebecca A. Peterson*
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South,
Suite 2200
Minneapolis, Minnesota 55401
Telephone: 612-339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com

John W. ("Don") Barrett*
Katherine Barrett Riley*
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Telephone: (662) 834-2488
donbarrettpa@gmail.com
kbriley@barrettlawgroup.com

*Counsel for Plaintiffs and the Proposed Classes*
\* *To be admitted pro hac vice*

By:     s/ David Kiefer
David Kiefer
Gregory G. Ballard*
Fabiola Vega*
\**pro hac vice* to be sought
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, NY 10017-3852
Telephone: (212) 547-5400
dkiefer@mwe.com
gballard@mwe.com
fvega@mwe.com

*Attorneys for Defendant BDO USA, P.C.*

By:     s/ Jennifer Suh
Jennifer Suh
William R. Maguire*
Carl W. Mills*
\**pro hac vice* to be sought
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 837-600
Jennifer.suh@hugheshubbard.com
bill.maguire@hugheshubbard.com
carl.mills@hugheshubbard.com

*Attorneys for Defendant Ernst & Young U.S. LLP*

By:     s/ Michael Martinez
Michael Martinez
Michael J. Dell*
Tobias B. Jacoby*
\**pro hac vice* to be sought
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
mdell@kramerlevin.com

*Attorneys for Defendants Deloitte LLP and Deloitte & Touche LLP*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 25th day of September, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                s/ Michael Martinez

KL3 3716828.2