# Kramer Levin

**Michael Martinez**
212.715.9404
mmartinez@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036

September 25, 2024

<u>*Via ECF*</u>

The Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, NJ 08101

      Re:    <u>*Najjar v. Salameh*, 1:24-cv-05043-CPO-EAP</u>

Dear Judge O'Hearn:

    We represent Defendants Deloitte LLP and Deloitte & Touche LLP in connection with the above-referenced matter. We respectfully request that Your Honor permit Michael J. Dell, of Kramer Levin Naftalis & Frankel LLP, to appear *pro hac vice* on behalf of Deloitte LLP and Deloitte & Touche LLP. James E. Cecchi, Esq., counsel for plaintiffs, has consented to Mr. Dell's appearance *pro hac vice*.

    In support of this request, we enclose the following documents: (1) Certification of Michael Martinez; (2) Certification of Michael J. Dell with corresponding Certificates of Good Standing; and (3) a proposed form order. Thank you for your attention to this matter. If the Court has any questions, please do not hesitate to contact us.

                          Respectfully,

                          <u>/s/ Michael Martinez</u>
                          Michael Martinez

cc:    All counsel of record (w/encl.) (via ECF)