[ECF Nos. 20, 21]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **KARIM P. NAJJAR, et al.**, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>**RIAD SALAMEH, et al.**,<br><br>　　　　　　Defendants. | Civil No. 24-5043 (CPO/EAP) |

## ORDER

　　This matter having been brought before the Court by Michael Martinez, Esquire, counsel for Defendants Deloitte LLP and Deloitte & Touche, LLP, for an Order allowing Michael J. Dell, Esquire and Tobias B. Jacoby, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers, and there being no opposition to this application; and for good cause shown pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey;

　　**IT IS** this **26th** day of **September 2024**;

　　**ORDERED** that Michael J. Dell, Esquire, a member in good standing of the New York and District of Columbia Bars, and Tobias B. Jacoby, Esquire, a member in good standing of the State Bar of New York, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c). Michael Martinez, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, shall sign all pleadings, briefs, and other papers filed with the

Court and shall be held responsible for these papers and for the conduct of the case. Michael Martinez, Esquire shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, and shall be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Michael J. Dell, Esquire and Tobias B. Jacoby, Esquire shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a). This payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in the Court; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Michael J. Dell, Esquire and Tobias B. Jacoby, Esquire shall each make a payment of $250.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Michael J. Dell, Esquire and Tobias B. Jacoby, Esquire shall each be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Michael J. Dell, Esquire and Tobias B. Jacoby, Esquire shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

*s/Elizabeth A. Pascal*  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc: Hon. Christine P. O'Hearn, U.S.D.J.