Michael J. Dell (admitted *pro hac vice*)
Tobias B. Jacoby (admitted *pro hac vice*)
Boaz I. Cohen (N.J. Bar No. 177762015)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
(212) 715-9100
mdell@kramerlevin.com
tjacoby@kramerlevin.com
bcohen@kramerlevin.com

*Attorneys for Defendants*
*Deloitte LLP and Deloitte & Touche LLP*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARIM P. NAJJAR, *et al.*, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIAD SALAMEH, *et al.*,<br><br>Defendants. | Civil Action No. 1:24-cv-05043-CPO-EAP<br><br>Hon. Christine P. O'Hearn, U.S.D.J.<br><br>Hon. Elizabeth A. Pascal, U.S.M.J. |

**NOTICE OF MOTION OF DEFENDANTS DELOITTE LLP AND DELOITTE & TOUCHE LLP TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

KL3 3723850.1

- 2 -

TO:

James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jcecchi@carellabyrne.com

Charles J. LaDuca*
Daniel M. Cohen*
Monica Miller*
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
(202) 789-3960
charles@cuneolaw.com
daniel@cuneolaw.com
monica@cuneolaw.com

Robert K. Shelquist*
Rebecca A. Peterson*
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South,
Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900
rkshelquist@locklaw.com
rapeterson@locklaw.com

John W. ("Don") Barrett*
Katherine Barrett Riley*
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
(662) 834-2488
donbarrettpa@gmail.com
kbriley@barrettlawgroup.com

*Attorneys for Plaintiffs and the Proposed Classes*

KL3 3723850.1

PLEASE TAKE NOTICE that, on March 17, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Deloitte LLP and Deloitte & Touche LLP, by and through their counsel, Kramer Levin Naftalis & Frankel LLP, shall move before the Honorable Christine P. O'Hearn, United States District Judge, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 12(b)(1), and 12(b)(6) dismissing with prejudice all claims and causes of action asserted against Deloitte LLP and Deloitte & Touche LLP in Plaintiffs' First Amended Class Action Complaint (ECF Doc. No. 3), and granting such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of their motion, Deloitte LLP and Deloitte & Touche LLP shall rely on the accompanying memorandum of law, the declaration of Boaz I. Cohen, including the exhibits thereto, the papers on file in this action, and all other matters properly before the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Stipulation for an Extension of Time to File, and a Briefing Schedule for, Motions to Dismiss the First Amended Class Action Complaint, So Ordered by the Court (ECF Doc. No 17), any answering papers shall be filed on or before January 27, 2025, and any reply papers shall be filed on or before February 25, 2025.

PLEASE TAKE FURTHER NOTICE that a Proposed Order and a certificate attesting to the date and manner of service of these moving papers are submitted herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is respectfully requested unless the Court grants the motion on the basis of the papers submitted.

KL3 3723850.1

Dated: November 26, 2024

Respectfully submitted,

KRAMER LEVIN NAFTALIS & FRANKEL LLP

 s/ Boaz I. Cohen
   Michael J. Dell (admitted *pro hac vice*)
   Tobias B. Jacoby (admitted *pro hac vice*)
   Boaz I. Cohen (N.J. Bar No. 177762015)
   1177 Avenue of the Americas
   New York, NY 10036
   (212) 715-9100
   mdell@kramerlevin.com
   tjacoby@kramerlevin.com
   bcohen@kramerlevin.com

   *Attorneys for Defendants*
   *Deloitte LLP and Deloitte & Touche LLP*