

ORIGIN ID:AUKA    (202) 848-9870
MONICA MILLER
CUNEO GILBERT & LADUCA, LLP
2445 M STREET NW
SUITE 740
WASHINGTON, DC 20037 US
SIGN: MONICA MILLER

SHIP DATE: 20DEC24
ACTWGT: 1.00 LB
CAD: 110210317/INET4760

BILL SENDER
NO EEI 30.37(a)

TO **ERNST & YOUNG GLOBAL LIMITED**

**1 MORE LONDON PLACE**

**LONDON LO SE1 2AF**   (GB)
44207951200    REF: 8919
INV:
PO:              DEPT:



TRK# 7709 4990 2958
0430

**XQ LCYT8**

A1
INTL PRIORITY

SE1 2AF
LO-GB    STN

12/20/24, 5:15 PM





ORIGIN ID:AUKA  (202) 848-9870  SHIP DATE: 20DEC24
MONICA MILLER  ACTWGT: 1.00 LB
CUNEO GILBERT & LADUCA, LLP  CAD: 110210317/INET4760
2445 M STREET NW
SUITE 740  BILL SENDER
WASHINGTON, DC 20037 US  NO EEI 30.37(a)
SIGN: MONICA MILLER

TO DELOITTE TOUCHE TOHMATSU LIMITED

1 NEW STREET SQUARE

LONDON LO EC4A 3HQ
REF: 8919
440207936
INV:  DEPT:
PO:

(GB)

FedEx Express

A1
INTL PRIORITY

TRK# 7709 4898 9390
0430

XQ LCYT8

EC4A 3HQ
LO-GB  STN

12/20/24, 4:43 PM