**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KARIM P. NAJJAR, *et. al.*, individually and behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RIAD SALAMEH, *et al.*,<br><br>Defendants. | Civil Action No. 24-cv-05043-CPO-EAP<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Michael D. Hynes of DLA Piper LLP (US), being duly admitted to practice in this Court, hereby appears in the above-captioned case as counsel for Defendants Bank Audi, S.A.L. ("Bank Audi"), BankMed, S.A.L. ("BankMed"), Bank of Beirut, S.A.L. ("Bank of Beirut"), Byblos Bank, S.A.L. ("Byblos Bank"), Credit Libanais S.A.L. ("Credit Libanais"), and Fransabank, S.A.L. ("Fransabank").

This Notice of Appearance does not constitute consent to service of process, personal jurisdiction, or venue. Furthermore, Bank Audi, BankMed, Bank of Beirut, Byblos Bank, Credit Libanais, and Fransabank expressly reserve their right to raise all available defenses to the claims alleged against them in the above-captioned matter.

Dated: June 6, 2025

Respectfully submitted,

*/s/ Michael D. Hynes*

Michael D. Hynes (NJ Bar. No. 020241999)
DLA Piper LLP (US)
1251 Avenue of the Americas, Suite 27th Floor
New York, NY 10020
Tel: 212-335-4942
Fax: 212-884-8642
michael.hynes@us.dlapiper.com

*Counsel for Defendants Bank Audi, S.A.L., BankMed, S.A.L., Bank of Beirut, S.A.L., Byblos Bank, S.A.L., Credit Libanais S.A.L., and Fransabank, S.A.L.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

    */s/ Michael D. Hynes*